IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   09-cv-02310-REB-MJW

FUSION SPECIALTIES, INC.,

Plaintiff(s),

v.

TERESA BANKS   d/b/a  T. BANKS & ASSOCIATES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Protective Order (docket no. 20-2) is APPROVED as amended in paragraphs 12 and13 and made an Order of Court.

Date:   December 16, 2009