**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.   09-cv-02310-REB-MJW               FTR - Courtroom A-502

**Date:**   January 22, 2010                               Courtroom Deputy, Ellen E. Miller

                  *Parties*                                          *Counsel*

FUSION SPECIALTIES, INC.,                       William D.  Meyer

             Plaintiff(s),

v.

TERESA BANKS,                                        Pro Se
d/b/a   T.  BANKS & ASSOCIATES,

             Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:     **TELEPHONIC  STATUS  CONFERENCE**
**Court in Session:**    8:30 a.m.
Court calls case.  Appearances of plaintiff counsel and *pro se* defendant.

Discussion is held regarding defendant's continued attempts to retain counsel.  *Pro Se*
defendant is reminded she is  required to comply with all applicable Federal Rules of Civil
Procedure (Fed.R.Civ.P. )  and  the Local Rules of Practice in the United States District Court
for the District of Colorado (D.C.COLO.LCivR.) unless and until an attorney makes an entry of
appearance on her behalf.

The Court raises defendant's Motion Limiting Defendant's Deposition Questions ... for
argument.  Comments by defendant.

**It is ORDERED:**          Defendant's MOTION LIMITING DEFENDANT'S DEPOSITION
                            QUESTIONS AND INTERROGATORIES TO PERSONAL
                            JURISDICTION ISSUES   ONLY [Docket No. **31,** Filed January 13, 2010]
                            is **DENIED**   for reasons as set forth on the record.

Discussion is held regarding status of discovery.

**It is ORDERED:**          Defendant shall have to and including **FEBRUARY 05, 2010** to respond
                            to Plaintiff's written discovery.

Parties are directed to meet and confer to clear dates for depositions.

*09-cv-02310-REB-MJW*
*Telephonic Status Conference*
*January 22, 2010*

**It is ORDERED:**     A  SETTLEMENT CONFERENCE is set **MARCH 18, 2010 at 10:00 a.m.**
(Mountain Daylight Saving Time) in Courtroom A-502, Fifth floor,
Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado
80294.

Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe*(not the
trial judge)*  via e-mail, as a PDF attachment, at  Watanabe_Chambers@cod.uscourts.gov **on
or before   MARCH 15, 2010.**
**In the subject line** of the e-mail, counsel shall list the case number, short caption, date of the
conference,  and "confidential settlement statement."  *Pro Se* parties shall mail confidential
settlement statements to Magistrate Judge Watanabe at  Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.

All attorneys, parties and/or client representatives, including an adjustor if an insurance
company is involved,  with full settlement authority shall be present **in person** at the settlement
conference.  Anyone seeking entry into a United States Courthouse is required to show a valid
current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this
requirement may result in denial of entry to the courthouse.

Discussion is held regarding plaintiff's response deadline to defendant's motion to dismiss.
With no objection,

**It is ORDERED:**     Plaintiff's   ORAL MOTION TO EXTEND TIME TO RESPOND TO
Defendant's Motion to Dismiss for Lack of Jurisdiction Under Rule 12(B)
[Docket No. 7, Filed November 24, 2009] is **GRANTED.**
Plaintiff shall have to and including   **FEBRUARY 26, 2010** within which
to respond to the motion to dismiss.

Discussion is held regarding setting a *Markman* Hearing.

**It is ORDERED:**     The schedule proposed in the Interim Status Report [Docket No.  33,
Filed January 21, 2010] is adopted in its entirety and is incorporated into
the Scheduling Order [Docket No. 19, Filed December 10, 2009 *nunc pro
tunc* December 04, 2009].

The schedule is as follows:

**MARCH 09, 2010:**          Each party shall serve a list of claim terms which that the party
contends should be construed by the Court, and identify any claim
term which that party contends should be governed by 35 U.S.C.
§ 112(6).

**MARCH 16, 2010:**          The parties shall meet and confer for the purposes of limiting the
terms in dispute.

*09-cv-02310-REB-MJW*
*Telephonic Status Conference*
*January 22, 2010*

**MARCH 26, 2010:**    The parties shall simultaneously exchange proposed constructions of each term identified by either party for claim construction.  Each party shall also identify all references from the specification or prosecution history that support its proposed construction and designate any supporting extrinsic evidence. With respect to any supporting witness, the identifying party shall also provide a description of the substance of that witness' proposed testimony that includes a listing of any opinions to be rendered in connection with claim construction.

**APRIL 02, 2010:**    The parties shall meet and confer for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement.

**MAY 19, 2010:**    The parties shall complete and file a Joint Claim Construction and Prehearing Statement, which shall contain the following information:

(a)    The construction of those terms on which the parties agree;

(b)    Each party's proposed construction of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction;

(c)    An identification of the terms whose construction will be most significant to the resolution of the case up to a maximum of 10;

(d)    The anticipated length of time necessary for the Claim Construction Hearing;

(e)    Whether either party proposes to call one or more witnesses at the Claim Construction Hearing, the identity of each such witness, and for each witness, a summary of his or her testimony including, for any expert, each opinion to be offered related to claim construction.

**JULY 02, 2010:**    The parties shall complete all discovery, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Preliminary Claim Construction Statement or Joint Claim Construction and Prehearing Statement.

**AUGUST 02, 2010:**    Fusion shall serve and file an opening brief and any evidence supporting its claim construction.

**AUGUST 23, 2010:**    Defendant shall serve and file her responsive brief and supporting evidence.

*09-cv-02310-REB-MJW*
*Telephonic Status Conference*
*January 22, 2010*


**SEPTEMBER 06, 2010:**     Fusion shall serve and file any reply brief and any evidence
                           directly rebutting the supporting evidence contained in
                           Defendant's response.


Hearing concluded.
**Court in recess:**     8:48 a.m.
Total In-Court Time 00: 18

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free
1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net