IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02310-REB-MJW

FUSION SPECIALTIES, INC.,

Plaintiff(s),

v.

TERESA BANKS   d/b/a  T. BANKS & ASSOCIATES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Pro Se Defendant Banks' Motion to Amend Answer to Complaint (docket no. 35) is without basis and therefore DENIED.  The Pro Se Defendant has never filed an Answer.  Instead, the Pro Se Defendant filed a Motion to Dismiss for Lack of Jurisdiction Under Rule 16(b) (docket no. 7).

Date:   February 19, 2010