IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   09-cv-02310-REB-MJW

FUSION SPECIALTIES, INC.,

Plaintiff(s),

v.

TERESA BANKS   d/b/a  T. BANKS & ASSOCIATES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the ***Unopposed Motion to Amend Order of January 22, 2010 [34]***, filed with the Court on March 4, 2010, DN 42, is GRANTED as follows:

    (a)   to change the date to March 16, 2010, for the parties to serve a list of claim terms which that the party contends should be construed by the Court, and identify any claim term which that party contends should be governed by 35 U.S.C. § 112(6); and

    (b)   to change the date to March 23, 2010, for the parties to meet and confer for the purposes of limiting the terms in dispute.

Date:  March 8, 2010