IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02310-REB-MJW

FUSION SPECIALTIES, INC.,

    Plaintiff,

v.

TERESA BANKS d/b/a T. BANKS & ASSOCIATES,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#48] filed April 6, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#48] filed April 6, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for October 15, 2010, is **VACATED**;

3. That the jury trial set to commence November 1, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 6, 2010, at Denver, Colorado.

                    BY THE COURT:

                    */s/ Bob Blackburn*
                    Robert E. Blackburn
                    United States District Judge